IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-CV-1854-RMU |
| ) | Judge Ricardo M. Urbina |
| THE CORPORATION FOR NATIONAL ) | |
| AND COMMUNITY SERVICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER**

Defendant, the Corporation for National and Community Service, by and through its undersigned counsel, hereby answers Plaintiff's Complaint in the captioned matter as follows:

Defendant's Responses to the Numbered Paragraphs

Answering the numbered paragraphs of Plaintiff's Complaint, Defendant responds as follows:

Jurisdiction and Venue

1. Paragraph 1 is a legal conclusion to which no response is required.

2. Paragraph 2 is a legal conclusion to which no response is required.

Parties

3. Paragraph 3 is Plaintiff's description of itself, its mission, and its activities, about which Defendant lacks sufficient knowledge and information to confirm or deny.

4. Defendant admits the first sentence of paragraph 4. Defendant admits the second sentence of paragraph 4 to the extent Defendant has custody of records relevant to Plaintiff's request referenced in paragraph 5 of Plaintiff's Complaint ("the

request.").

## Statement of Facts

5. Defendant admits that it received the request from Plaintiff under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, dated July 28, 2009. Defendant respectfully refers the Court to the request for a full and accurate description of its contents.

6. Defendant admits that it received the request by facsimile and certified mail on or near the dates listed in paragraph 6 of Plaintiff's Complaint.

7. The first sentence of paragraph 7 is a legal conclusion to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the statute for a full and accurate description of its contents. Because Defendant provided some responsive records to Plaintiff on September 23, 2009, Defendant denies the remainder of paragraph 7.

8. Paragraph 8 is a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegation.

## Count 1

9. Paragraph 9 realleges the preceding paragraphs. To the extent a response is required, Defendant respectfully refers the Court to the responses to the specific preceding paragraphs.

10. Paragraph 10 is a legal conclusion to which no response is required.

11. Defendant is without knowledge or information sufficient to confirm or deny the allegations of paragraph 11.

The remainder of Plaintiff's Complaint contains a prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies Plaintiff is entitled to the requested relief or to any relief.

Defendant denies all allegations not expressly admitted or denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for a judgment dismissing the Complaint with prejudice and for such further relief as the Court may deem just.

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General

    CHANNING D. PHILLIPS
    Acting United States Attorney

    ELIZABETH J. SHAPIRO
    Deputy Director

    */s/ David C. Roby*
    DAVID C. ROBY (KS Bar No. 22604)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    Tel: (202) 305-3267
    Fax: (202) 616-8470
    Email: david.c.roby@usdoj.gov

    *Counsel for Defendant*